**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-8002**

JEROME N. DAIS,

Plaintiff - Appellant,

versus

JOHN LAMANNA, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   David C. Norton, District Judge.
(9:05-cv-02797-DCN)

Submitted:  April 19, 2007          Decided:  April 24, 2007

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome N. Dais, Appellant Pro Se. Barbara Murcier Bowens, OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome N. Dais, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. Dais also appeals the district court's order denial of his subsequent motion for reconsideration and has filed a motion for summary judgment on appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court, see Dais v. LaManna, No. 9:05-cv-02797-DCN (D.S.C. Sept. 14 and Oct. 18, 2006). We deny Dais's motion for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED